IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | NO. 3:95-CR-141-D(02) |
| MARK LINNEAR HAYS | § | |
| | § | |
| Defendant. | § | |

## ORDER

After conducting *de novo* review of the pleadings, files, and records in this case, and the

October 13, 2009 findings and recommendation of the United States Magistrate Judge, in accordance

with 28 U.S.C. § 636(b)(1), and having considered defendant's objections filed on November 4,

2009, I am of the opinion that the findings and recommendation of the magistrate judge are correct,

and they are hereby adopted as the findings and conclusions of the court.

Accordingly, defendant's August 13, 2009 *pro se* motion for resentencing pursuant to 18

U.S.C. § 3559(c)(7) is denied.

**SO ORDERED**.

November 6, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE