IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:95-CR-141-D |
| VS. | § | |
| | § | |
| MARK LINNEAR HAYS (2), | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

It is therefore ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted, and defendant's April 9, 2019 motion to withdraw as counsel is granted. Assistant Federal Public Defender J. Matthew Wright, Esquire is terminated from further representation of the defendant.

**SO ORDERED**.

May 2, 2019.

SIDNEY A. FITZWATER
SENIOR JUDGE